CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 12 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSE D. BONILLA, | ) |
| | ) Case No. 7:09CV00342 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| | ) |
| LARRY HUFFMAN, ET AL., | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and is stricken from the active docket of the court.

ENTER: This 12th day of August, 2009.

_____
United States District Judge